IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CURTIS DAVIS, ) | |
| ) | CIVIL ACTION NO. |
| Plaintiff, ) | 1:15-CV-3239 |
| ) | |
| v. ) | |
| ) | |
| CACH, LLC, ) | |
| SCHERR & MCCLURE, P.A., ) | |
| HAROLD SCHERR, ) | |
| JOSEPH A. RANIERI, IV, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**DEFENDANT SCHERR & MCCLURE P.A.'S
CERTIFICATE OF INTERESTED PERSONS**

COMES NOW Scherr & McClure, P.A., a Defendant in the above-styled case, and by and through undersigned counsel, hereby submits his disclosures pursuant to FRCP 7.1, and states as follows:

**(1)** The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    A.    Plaintiff, Curtis Davis;

    B.    Defendant, CACH, LLC;

    C.    Defendant, Scherr & McClure, P.A.;

    D.    Defendant, Harold E. Scherr;

    E.    Defendant, Joseph A. Ranieri, IV

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    A.    None

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding

    A.    For Plaintiff, Curtis Davis:

    *Pro Se*

    B.    Defendant, CACH, LLC;

    John H. Bedard, Jr. and Michael K. Chapman of Bedard Law Group, P.C., 2810 Peachtree Industrial Blvd., Suite D, Duluth, Georgia 30097; Telephone: (678) 253-1871.

    C.    Defendant, Scherr & McClure, P.A.;

    Joseph A. Ranieri IV, of Scherr & McClure, P.A., 1200 Lake Hearn Drive, Suite 350, Atlanta, Georgia 30319; Telephone: (678) 346-7023.

    D.    Defendant, Harold E. Scherr;

    Joseph A. Ranieri IV, of Scherr & McClure, P.A., 1200 Lake Hearn Drive, Suite 350, Atlanta, Georgia 30319; Telephone: (678) 346-7023.

E. Defendant, Joseph A. Ranieri, IV

  Joseph A. Ranieri IV, of Scherr & McClure, P.A., 1200 Lake Hearn Drive, Suite 350, Atlanta, Georgia 30319; Telephone: (678) 346-7023.

Respectfully submitted this ___ day of <u>OCTOBER</u>, <u>2015</u>.

          **Scherr & McClure, P.A.**

| | |
|---|---|
| | <u>/s/ Joseph A. Ranieri IV</u> |
| 1200 Lake Hearn Drive | JOSEPH A. RANIERI, IV |
| Suite 350 | State Bar No. 797058 |
| Atlanta, Georgia  30319 | jranieri@scherrmcclure.com |
| (678) 346-7023 | Attorney for Defendants Scherr & McClure P.A., Harold Scherr, and Joseph Ranieri |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **CURTIS DAVIS,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **Plaintiff,** | ) | **1:15-CV-3239** |
| | ) | |
| v. | ) | |
| | ) | |
| **CACH, LLC,** | ) | |
| **SCHERR & MCCLURE, P.A.,** | ) | |
| **HAROLD SCHERR,** | ) | |
| **JOSEPH A. RANIERI, IV,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2015, I electronically filed Defendant Scherr & McClure's Rule 7.1 Disclosures with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record:

Curtis Davis, *Pro Se*
curt.cd60@gmail.com

**Scherr & McClure, P.A.**

/s/ Joseph A. Ranieri IV
JOSEPH A. RANIERI, IV
State Bar No. 797058
1200 Lake Hearn Drive
Suite 350
Atlanta, Georgia  30319
(678) 346-7023
jranieri@scherrmcclure.com
Attorney for Defendants Scherr & McClure P.A., Harold Scherr, and Joseph Ranieri

4